# UNITED STATES DISTRICT COURT
for

FILED BY ~~~ D.C.

## WESTERN DISTRICT OF TENNESSEE

05 SEP 26 PM 5: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

U.S.A. vs. <u>JULIA RENEE LEWIS</u>                    Docket No. <u>2:03CR20367-04</u>

### Petition on Probation and Supervised Release

**COMES NOW** <u>CHRISTY J. HENSON</u> **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Julia Renee Lewis</u> who was placed on supervision by the Honorable <u>Samuel H. Mays, Jr.,</u> sitting in the Court at <u>Memphis, TN</u> on the <u>9th</u> day of <u>July, 2004</u> , who fixed the period of supervision at <u>two (2) years*</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall seek and maintain lawful full-time employment.

2. The defendant shall provide the Probation Officer access to any requested financial information.

3. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

4. The defendant shall pay $4,489.73 in restitution in regular monthly installments of not less that ten percent (10%) of the defendant's gross monthly income. (Balance 3,811.73)

* **Supervised Release began July 9, 2004 (Sentenced to Time Served)**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(PLEASE SEE ATTACHED)**
Page 2

**PRAYING THAT THE COURT WILL ORDER** a **SUMMONS** be issued for Julia Renee Lewis to appear before the Court to answer charges of violation of supervision.

**ORDER OF COURT**

Considered and ordered this 2 6th day
of Sep , 20 05 , and ordered filed and
made a part of the records in the above case.

_____
**United States District Judge**

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on <u>September 19, 2005</u>

_____
**United States Probation Officer**

**Place: Memphis, Tennessee**

**PROBATION FORM 12**
**LEWIS, Julia Renee**
**Docket No.2:03CR20367-04**
**Page 2**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF SUPERVISED RELEASE:**

**The defendant shall not commit another federal, state, or local crime.**

On August 1, 2005, Julia Renee Lewis was observed by a Loss Prevention Agent for Old Navy Stores, located at 8085 Giacosa Plaza, Memphis, TN 38133, removing clothing from circulation, walking into a dressing room, and stuffing the clothing valued at $115.50 in a bag . Ms. Lewis was placed under arrest by the Loss Prevention Agent and the clothing was recovered. Upon the arrival of the City of Memphis Police Department, she was transported to Jail East, charged with Theft Under $500, and released on a $100.00 bond. Ms. Lewis is scheduled to appear in Division 7 of General Sessions Court on October 4, 2005.

# VIOLATION WORKSHEET

1. Defendant __JULIA RENEE LEWIS__   ( RESIDENCE: 1419 Walnut Hall Court No. 5, Memphis, TN 38119)

2. Docket Number (Year-Sequence-Defendant No.)_____2:03CR20367-04

3. District/Office _____Western District of Tennessee (Memphis)

4. Original Sentence Date     07          09          2004
                             month       day         year

*(If different than above):*

5. Original District/Office _____

6. Original Docket Number (Year-Sequence-Defendant No.) _____

7. List each violation and determine the applicable grade {see §7B1.1}:

| Violation{s} | Grade |
|---|---|
| **The defendant shall not commit another Federal, state, or local crime.** | C |
| | |
| | |
| | |
| | |

8. Most Serious Grade of Violation (see §7B1.1(b)          C

9. Criminal History Category (see §7B1.4(a))74          III

10. Range of imprisonment (see §7B1.4(a))          | 5 - 11  months |
                                                  Statutory Maximum: Two (2) Years

11. Sentencing Options for Grade B and C violations Only (Check the appropriate box):

{X}   (a)     If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month
              but not more than six months,  §7B1.3©) (1) provides sentencing options to imprisonment.

{ }   (b)     If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than six  months but not more
              than ten months, §7B1.3©) (2) provides sentencing options to imprisonment.

{ }   (c)     If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than ten  months, no sentencing
              options to imprisonment are available.

**Mail documents to: United States sentencing Commission, 1331 Pennsylvania Avenue, N.W.**
**Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

**Defendant**    JULIA RENEE LEWIS

**12.**    **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($)    4, 101.73                     Community Confinement    N/A

Fine ($)    N/A                              Home Detention    N/A

Other    N/A                                Intermittent Confinement    N/A

**13.**    **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term:    N/A    to    N/A    years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment:    0

**14.**    **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

**15.**    **Official Detention Adjustment {see §7B1.3(e)}:  months**    **days**

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.**
**Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 353 in
 case 2:03-CR-20367 was distributed by fax, mail, or direct printing on
September 28, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT