# United States District Court

## Western District of Tennessee

FILED BY _____ D.C.

05 NOV 30  AM 4: 12

UNITED STATES OF AMERICA

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

v.

Case Number  2:03CR20367-04-Ma

## JULIA RENEE LEWIS

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **Julia Renee Lewis,** was represented by Mr. Dewun Settle.

It appearing that the defendant, who was sentenced by the Hon. Samuel H. Mays, Jr., on July 9, 2004, and placed on supervised release for a period of two (2) years, has violated the terms of her supervision, it is hereby **ORDERED** and **ADJUDGED** that defendant's supervised release be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months.

The defendant may report to the designated facility as notified by the United States Marshal.

Signed this ____30k____ day of November, 2005.

**SAMUEL H. MAYS, JR.**
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-5-05___

379

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 379 in case 2:03-CR-20367 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Edward P. Bronston
LAW OFFICE OF EDWARD P. BRONSTON
246 Adams Ave.
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT